IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Martin Bruce Harbison, Jr., | ) | Case No.: 04-06386-BGC-7 |
| | ) | |
| Debtor. | ) | |
| | | |
| Worry Free Service, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | A. P. No.: 04-00170 |
| | ) | |
| Martin Bruce Harbison, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion for Summary Judgment filed by the plaintiff is **GRANTED**;

2. Judgment is entered in favor of the plaintiff, Worry Free Service, Inc., and against the defendant, Martin Bruce Harbison, Jr., in the amount of $8,998.00, plus interest;

3. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: June 13, 2005          /s/Benjamin Cohen
                              BENJAMIN COHEN
                              United States Bankruptcy Judge